Charles Genschow and Rose Genschow, appellees, v. First Trust Joint Stock Land Bank of Chicago, appellant.  Gen. No. 8,257.

Opinion filed August 20, 1931.

Amberg, Ott, Dahlin & Livingston, for appellant; John A. Brown, of counsel.  John A. Mayhew and Henry F. Ruel, for appellees.  Jno. P. Pallissard, for Durl M. Meents, receiver; Arthur Bohn, of counsel.

Mr. Justice Jett delivered the opinion of the court.

Sadie Vance Mayall, plaintiff in error, v. John H. Dings et al., defendants in error.  Gen. No. 8,256.

Opinion filed August 20, 1931.

J. J. Neiger, for plaintiff in error.  Church & Califf, Watson & Duvall and James A. Allen, for defendants in error.

Mr. Justice Wolfe delivered the opinion of the court.

Elizabeth Nellie Crittenden, plaintiff in error, v. Lucille Kingsbury and Albert Kingsbury, defendants in error.  Gen. No. 8,360.

Opinion filed August 20, 1931.

Welsh & Welsh, for plaintiff in error.  C. A. Pedderson, for defendants in error.

Mr. Justice Wolfe delivered the opinion of the court.

Hiram Cooper, appellee, v. Brady-Waxenberg Company, appellant. Gen. No. 8,365.

Opinion filed August 20, 1931.

Connelly, Walker, Searle & Hubbard and Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel.  Eli D. Langert, for appellee; Isador I. Katz, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.

Dan O. Friedinger and William Bishop, appellants, v. Ercie Simmons et al., appellees.  Gen. No. 8,370.

Opinion filed August 20, 1931.

George Jochem, for appellants.  E. A. Simmons, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.